## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SEALED AIR CORPORATION; AUSTIN FOAM PLASTICS, INC.; FAGERDALA PACKAGING, INC. (INDIANA),<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, FORMER U.S. TRADE REPRESENTATIVE; KATHERINE TAI, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; CHRIS MAGNUS, CUSTOMS & BORDER PROTECTION COMMISSIONER; MARK A. MORGAN AND TROY MILLER, FORMER U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONERS,<br><br>　　　　　　Defendants. | Court No. 20-00876 |

### NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, Navpreet Moonga will be leaving Dechert LLP shortly and should be removed as attorney of record in the above referenced case. Dechert LLP remains as counsel to plaintiff and Michael H. McGinley is the lead attorney for this case.

Dated: October 19, 2023　　　　　　　　　　　　/s/　Michael H. McGinley

　　　　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　　　　1900 K Street, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　　(202) 261-3300
　　　　　　　　　　　　　　　　　　　　　　*michael.mcginley@dechert.com*